UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CRIMINAL PRODUCTIONS INC,

        Plaintiff,

  v.

DOE 1-8,

        Defendants.

C17-102 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The Honorable Thomas S. Zilly transfers the above captioned case as related to C16-729-RAJ to the Honorable Richard A. Jones. All future pleadings shall bear the cause number C17-102-RAJ.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 27th day of January, 2017.

                William M. McCool
                Clerk

                s/Karen Dews
                Deputy Clerk

MINUTE ORDER - 1