```
                                           ___ FILED    ___ ENTERED
                                           ___ LODGED   ___ RECEIVED

                                              MAR 15 2018    JMG
         UNITED STATES DISTRICT COURT
                                                   AT SEATTLE
         WESTERN DISTRICT OF WASHINGTON       CLERK U.S. DISTRICT COURT
                                           BY WESTERN DISTRICT OF WASHINGTON
                                                                     DEPUTY
```

CRIMINAL PRODUCTIONS, INC,           ) Civil Action No.: 17-cv-102RAJ
                                     )
           Plaintiff,         ) Response to Motion for Default
                                     ) Judgment against OLENA WILSON (DOE 1)
vs.                                  )
                                     )
Olena Wilson, an individual,         )
                                     )
           Defendant          )
                                     )

    Defendant, Olena Wilson, with the greatest respect asks the U.S. District Court Western District of Washington to decline the motion for default judgment.

    Unfortunately and totally unexpectedly my name appeared in this case without my wrong doing. Because, in my opinion, I haven't done anything that would put me into this situation, I don't feel I need to hire legal help, especially that I cannot afford it. I feel like I'm one of two victims that are left in this case that the plaintiff is trying to receive money from for their time and make profit for Criminal Production.

    I am an immigrant from Ukraine. I recently graduated from college and started my career in public accounting while raising my 7-year old son. My husband 95% travels outside of state working on transmission power lines. With my busy work life and at home, I don't spend much time watching TV. My interests are limited to animated cartoons to light romantic comedy. While I have never watched this movie "Criminal", I also do not own a copy of it in neither digital nor DVD format. In our household, we have many ways to watch shows or movies: Netflix, Xfinity, Amazon Prime Video, rentals. Never have I considered obtaining videos in any other way but paying for them either per

individual movie or through monthly subscription. As evidence, I can provide all the expenses occurred for entertainment for the year to show my consumer behavior. While I'm not technologically savvy to provide evidence, I know, my IP addresses for any of my home devices don't match the listed IP address in this case.

While I don't have any solid evidence to provide, by any means I do not intend to ignore what has been accused against me. As a newly U.S. citizen, I feel at disadvantage against this huge legal machine against me. I always mean to obey the law and act responsibly.

Therefore, I kindly ask to dismiss the Motion for Default Judgment against me.

Dated this 15 of March, 2018

_____
Olena Wilson
23240 NE 10th Pl
Sammamish, WA 98074

Response to Motion for Default Judgment against OLENA WILSON (DOE 1) -

2