Honorable Richard A. Jones

1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

8

CRIMINAL PRODUCTIONS, INC.,

9
                        Plaintiff,

10

11              v.

12      OLENA WILSON, an individual;

13                      Defendant.

Civil Action No. 17-cv-102RAJ

STIPULATION OF DISMISSAL WITH
PREJUDICE OF OLENA WILSON
(DOE 1)

14
15
16
17
18
19
20
21
22
23
24

Pursuant to Rule 41(a)(1)(A)(ii) and according to the terms of a Confidential Settlement Agreement wherein Defendant agreed (a) not to directly, contributorily or indirectly infringe Plaintiff's rights in its valid and enforceable copyrighted work *Criminal*, Copyright Registration No. PA 1-984-029, including without limitation by using the Internet to reproduce, copy, distribute or to make the motion picture available for distribution to the public, except pursuant to a lawful written license from Plaintiff; (b) to destroy all unauthorized copies or parts thereof of *Criminal* in its possession or subject to Defendant's control, including without limitation any downloaded onto any computer hard drive or server or otherwise saved onto any physical medium or device, without Plaintiff's authorization; and (c) to pay Plaintiff a monetary sum for statutory damages, the parties hereby dismiss their claims against each other with prejudice and with each side bearing its own fees and costs.

25
26

STIPULATED DISMISSAL - 1
Civil Action No. 17-cv-102RAJ
INIP-6-0072P23 SDMISS - Doe 1

LOWE GRAHAM JONES ᴾᴸᴸᶜ

701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301

1

<u>s/ David A. Lowe, WSBA No. 24,453</u>

[Lowe@LoweGrahamJones.com](mailto:Lowe@LoweGrahamJones.com)

Lowe Graham Jones<sup>PLLC</sup>

2   701 Fifth Avenue, Suite 4800

Seattle, WA 98104

3   T: 206.381.3300

F: 206.381.3301

4

5   *Attorneys for Plaintiff*

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

_OWilson_

Olena Wilson, *pro se*

23240 NE 10th Pl

Sammamish, WA 98074

STIPULATED DISMISSAL - 2

Civil Action No. 17-cv-102RAJ

INIP-6-0072P23 SDMISS - Doc 1

Lowe Graham Jones PLLC

701 Fifth Avenue, Suite 4800

Seattle, Washington 98104

206.381.3300 • F: 206.381.3301