# United States District Court
### WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| CRIMINAL PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> SHARON KLINE, <br><br> Defendant. | **JUDGMENT IN A CIVIL CASE** <br><br> CASE NUMBER:  C17-102 RAJ |

_____   **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

__X__   **Decision by Court**.  This action came to consideration before the Court.  The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

For the reasons set forth in the Court's order of March 6, 2018, judgment is awarded in favor of Plaintiff and against Defendant Sharon Kline as follows:

Defendant Sharon Kline is permanently enjoined from directly, indirectly or contributorily infringing Plaintiff's rights in Plaintiff's motion picture, including without limitation by using the Internet to reproduce or copy Plaintiff's motion picture, to distribute Plaintiff's motion picture, or to make Plaintiff's motion picture available for distribution to the public, except pursuant to lawful written license or with the express authority of Plaintiff.

To the extent that any such material exists, Defendant Sharon Kline is directed to destroy all unauthorized copies of Plaintiff's motion picture in her possession or subject to her control.

Plaintiff is awarded statutory damages in the amount of $750.00.  Plaintiff is awarded attorney's fees in the amount of $1,595.50 and costs in the amount of $200.00.

DATED this 16th day of August, 2018.

                                         WILLIAM M. McCOOL, <br>
                                         Clerk of the Court

                                         By:    _/s/ Victoria Ericksen_____ <br>
                                                               Deputy Clerk